IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN D. HORTON, ) | |
|         Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-1219-MLB |
| ) | |
| MICHAEL BRISTOL, NAME UNKNOWN ) | |
| VIGILANTE, MOTHER OF NAME UNKNOWN ) | |
| VIGILANTE, MARK SCHUTTER, CURT ) | |
| MINER, Sheriff, and PHILL KLINE, Kansas ) | |
| Attorney General, ) | |
|         Defendants. ) | |
| _____ ) | |

**MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11**

COMES NOW the defendant Michael Bristol, by and through Allen G. Glendenning of the law firm of Watkins Calcara, Chtd., his attorneys, and moves the court for an order pursuant to Federal Rule of Civil Procedure 11 requiring the plaintiff to pay defendant's attorney's fees, costs and expenses incurred in the defense of this action and other sanctions as to the court shall seem appropriate.

IN SUPPORT of this motion, the defendant Michael Bristol attaches hereto a memorandum which is incorporated by reference.

WHEREFORE, the defendant Michael Bristol prays that plaintiff's complaint be dismissed, that plaintiff be ordered to pay the attorney's fees, costs and expenses incurred by the defendant in the defense of this action and ordering the plaintiff to pay an additional amount in sanctions as to the court shall seem just and proper.

                                WATKINS CALCARA, CHTD.

                                s/ Allen G. Glendenning
                                  Allen G. Glendenning, #12187
                                  1321 Main - Suite 300
                                  P.O. Drawer 1110
                                  Great Bend, Kansas  67530
                                  (620) 792-8231
                                  Attorneys for Defendant Michael Bristol

## CERTIFICATE OF SERVICE

       I hereby certify that on this 1st day of November, 2006, I electronically filed the above and foregoing Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 with Memorandum in Support of Motion for Sanctions with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Eliehue Brunson and Stephen O. Phillips. I further certify that I mailed the above and foregoing Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 with Memorandum in Support of Motion for Sanctions and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

    John D. Horton
    P.O. Box 33
    Pawnee Rock, KS  67567
        Pro Se

                                  s/ Allen G. Glendenning
                                  Allen G. Glendenning, #12187