LAW OFFICES OF

# WATKINS CALCARA, CHTD.

| | | |
|---|---|---|
| **MARK D. CALCARA**<br>**MARK A. RONDEAU**<br>**RICHARD L. FRIEDEMAN**<br>**JAMES M. McVAY**<br>**ALLEN G. GLENDENNING**<br>**ROBIN R. FABRICIUS** | 1321 MAIN, SUITE 300<br>P.O. DRAWER 1110<br>GREAT BEND, KANSAS 67530<br>Phone 620-792-8231<br>Fax 620-792-2775<br>www.wcrf.com | **TRACY A. GOMPF**<br><br>OF COUNSEL<br>L. EARL WATKINS, JR. |

October 4, 2006

John D. Horton
P.O. Box 33
Pawnee Rock, KS 67567

Re:   John D. Horton
               v.
      Michael Bristol
      Our File No. 800.7199

Dear Mr. Horton:

    Pursuant to Federal Rule of Civil Procedure 11, I am sending you the enclosed Motion for Sanctions and memorandum in support thereof. Pursuant to the Federal Rule, if you do not voluntarily dismiss your complaint within 21 days, I intend to file this motion at some point thereafter.

                            Sincerely,

                            WATKINS CALCARA, CHTD.

                            Allen G. Glendenning

AGG/aao
Enclosure

**EXHIBIT D**