**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JOHN D. HORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-CV-1219-MLB |
| ) | |
| MICHAEL BRISTOL, Chief of Police, ) | |
| Hamlet of Osborne, ANDY SNOOK, ) | |
| JUDITH M. SNOOK, MARK SCHUTTER, ) | |
| Superintendent, Larned State Hospital, ) | |
| CURT MINER, Osborne County Sheriff, ) | |
| and PHILL KLINE, Kansas Attorney General, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANT CURT MINER'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), defendant Curt Miner ("defendant" or "Miner") moves this Court to dismiss plaintiff's new Complaint filed on November 16, 2006 with the Court ("Complaint"), for failure to obtain proper authority through leave of court to file said Complaint, for failure to state a claim upon which relief can be granted and for lack of standing, for the lack of a case or controversy and for the lack of jurisdiction. Initially, plaintiff lacked the authority to file his Complaint because he failed to obtain the required leave of the court to file the Complaint. For this reason alone, plaintiff's Complaint filed on November 16, 2006 should be dismissed. Second, plaintiff's § 1983 claim fails as a matter of law because plaintiff does not have a constitutional right to have his alleged complaint investigated. Likewise defendant Miner is entitled to qualified immunity on such a claim. Next, plaintiff fails to allege any facts showing that defendant Miner participated or engaged in any conspiracy to deprive plaintiff of his constitutional rights, and defendant Miner is also entitled to qualified immunity on either the § 1983 or § 1985 conspiracy claims. Finally, this Court lacks subject matter

jurisdiction to hear plaintiff's request for an injunction because plaintiff does not have standing and no viable case or controversy exists.  He has not alleged a threat of future harm nor has he established a constitutional violation to enjoin in any event.  In further support of this Motion, Miner incorporates by reference the argument and authorities in his Memorandum in Support.[1]

Wherefore, defendant Miner prays that plaintiff's new Complaint against him be dismissed on the merits, for lack of standing and a viable case or controversy, and for lack of jurisdiction.

> Respectfully submitted,
>
> FOULSTON SIEFKIN LLP
>
> By:   s/ Wyatt M. Wright
>         Wyatt M. Wright, SC #10683
>
> 9 Corporate Woods, Suite 450
> 9200 Indian Creek Parkway
> Overland Park, Kansas 66210-2019
> Telephone:   (913) 498-2100
> Facsimile:   (913) 498-2101
> Email:  wwright@foulston.com
>
> ATTORNEYS FOR DEFENDANT CURT MINER

---

[1] Defendant recognizes that the Court has recently entered an Order filed on November 27, 2006 (Doc. No. 59) ("Order") which lists the pending current motions and stays all discovery and orders plaintiff to file separate responses on or before December 22, 2006 to each motion filed by defendants.  The Order further allows defendants to file replies to plaintiff's responses in accordance with the rules.

All other parties have responded in some fashion to the newly filed Complaint (Doc. Nos. 52-53, 55-56, 57-58) and defendant Miner is unclear whether the Court wishes another response to the new Complaint. However, defendant Miner does not read the Court's Order as precluding a response to the newly filed Complaint and out of an abundance of caution, defendant Miner re-files this motion to dismiss because the new Complaint has been filed of record.

**CERTIFICATE OF SERVICE**

I hereby certify that on the **28th day of November, 2006**, I electronically filed the above and foregoing Motion to Dismiss with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Allen G. Glendenning, #12187
    1321 Main - Suite 300
    P.O. Drawer 1110
    Great Bend, Kansas 67530

    ATTORNEY FOR DEFENDANT MICHAEL BRISTOL

    Eliehue Brunson
    Assistant Attorney General
    120 SW 10th Avenue – 2nd Floor
    Topeka, Kansas  66208

    ATTORNEYS FOR DEFENDANT MARK SCHUTTER

    Steve Phillips
    Assistant Attorney General
    120 SW 10th Avenue – 2nd Floor
    Topeka, Kansas  66208

    ATTORNEYS FOR DEFENDANT PHILL KLINE

I further certify that a copy of the above and foregoing was forwarded via U.S. Mail, first class, postage prepaid and properly addressed to Plaintiff as follows:

    John D. Horton
    General Delivery
    Jobstown, NJ  08041-9999

    PRO SE PLAINTIFF

                                    s/ Wyatt M. Wright
                                        Wyatt M. Wright
                                        ATTORNEYS FOR DEFENDANT CURT MINER