Eliehue Brunson, No.10036
Assistant Deputy Attorney General
Memorial Bldg., 2nd Floor
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
(785) 296-2215

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JOHN D. HORTON,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-1219-MLB-KMH |
| ) | |
| **MICHAEL BRISTOL,** *et al.* ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT SCHUTTER'S REPLY TO PLAINTIFF'S RESPONSE
TO PART 1 OF THE COURT'S ORDER DATED NOVEMBER 22, 2006,
BEING AN OBJECTION BY THE PLAINTIFF TO DEFENDANT
SCHUTTER'S MOTION TO DISMISS**

**COMES NOW** Defendant Phill Kline and files this Reply to "Plaintiff's Response to Part 1 of the Court's Order Dated November 22, 2006, being an Objection by the Plaintiff to Defendant Schutter's Motion to Dismiss.

    **I.**    **Schutter is entitled to immunity.**

In Schutter's Motion To Dismiss, Schutter argued that as the Superintendent of Larned State Hospital, he terminated Horton from his employment for cause, and that he is entitled to qualified immunity because he has not participated in the alleged state action of Police Chief Bristol and others in violation of plaintiff's constitutional rights. Horton does not respond to Schutter's legal arguments. Instead he sets forth a rambling treatise on various kinds of immunity, which does not address Schutter's legal or factual arguments.

The first issue which must be addressed is whether the Horton has sufficiently alleged the violation of any constitutional right at all.  *Martinez v. Mafchir,* 35 F.3d 1486, 1490 (Tenth Cir., 1994); *Siegert v. Gilley,* 500 U.S. 226, 231-32, 111 S.Ct. 1789, 1792-93, 114 L.Ed. 2d 277 (1991). If the Plaintiff fails to allege the violation of a constitutional right, the court need not reach the question of qualified immunity. Horton's claim against Schutter is that Schutter deprived him of civil rights under the color of law, in the intentional interference with his employment or business relationship, and conspiracy. This is a conclusary statement with no specificity. Even if there are such rights, Schutter would be entitled to qualified immunity from liability. *See**Rankin*, 222 F. Supp. 2d at 806; *Langworthy*, 37 F. Supp. 2d at 423.  Horton's claim against Schutter must be dismissed because Schutter is entitled to immunity**.**

**II.    State law claims.**

In Schutter's Motion To Dismiss, Schutter urged the Court to decline to exercise supplemental jurisdiction over any state law claims Horton was attempting to assert against Schutter. Horton fails to address this argument.

## CONCLUSION

While *pro se* litigants are entitled to some leniency in pleading, Horton has simply ignored the rules, and relied on an ever shifting array of conclusory and abusive allegations. With no basis whatsoever, he refers to lynchings, anti-nigger terrorism, Klansmen, Vigilence Committees, and white secessionist movements. This is not a situation of a *pro se* litigant being uninformed of rules, Horton is using the federal courts to heap verbal abuse on Defendants, with no basis in law or fact.

THEREFORE, for the reasons set forth herein and in his Motion to Dismiss, Dr. Schutter's

requests that Horton's claim against him be dismissed for failure to state a claim and for lack of standing, and for such other relief as is just and equitable.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
PHILL KLINE

/s/Eliehue Brunson
Eliehue Brunson #10036
Assistant Deputy Attorney General
Office of the Attorney General
Memorial Hall, 2nd Floor
120 S.W. 10th Avenue
Topeka, KS 66612-1597
(785)296-2215
Brunsone@ksag.org
Attorney for Defendant Dr. Mark E. Schutter

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2006, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send electronic notices to the following: Allen G. Glendenning, aglenden@wcrf.com, Steve Phillips, phillips@ksag.org, Wendell F. Cowan, Jr., bcowan@foulston.com, Wyatt Wright, wwright@foulston.com and a copy of the above and foregoing was served by U.S. mail addressed to the following non-CM/ECF recipient:

John D. Horton
General Delivery
Jobstown NJ 08041-9999

/s/ Eliehue Brunson
Eliehue Brunson
Assistant Deputy Attorney General

3