IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN D. HORTON, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL BRISTOL, ANDY SNOOK, )<br>JUDITH M. SNOOK, MARK SCHUTTER, )<br>CURT MINER, Sheriff, and PHILL KLINE, )<br>Kansas Attorney General, )<br>    Defendants. )<br>_____ ) | Case No. 06-1219-MLB |

## MOTION TO STRIKE PLEADINGS

COMES NOW the defendant, Michael Bristol, by and through Allen G. Glendenning of the law firm of Watkins Calcara, Chtd., his attorney, and moves the court for an order striking the following pleadings filed by the plaintiff:

1. Dkt 72.

2. Dkt 73.

3. Dkt 85.

In support of this motion, defendant has attached a memorandum which is incorporated herein by reference.

WHEREFORE, this defendant prays that the court strike plaintiff's pleadings filed at Dkt 72, 73, and 85.

        WATKINS CALCARA, CHTD.


        s/  Allen G. Glendenning_____
            Allen G. Glendenning, #12187
            1321 Main - Suite 300
            P.O. Drawer 1110
            Great Bend, Kansas  67530
            (620) 792-8231
            Fax:  (620) 792-2775
            aglenden@wcrf.com
            Attorneys for Defendant Michael Bristol

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 5th day of January 2007, I electronically filed the above and foregoing Motion to Strike Pleadings with Memorandum in Support of Motion to Strike Pleadings with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Eliehue Brunson, Wyatt M. Wright, Wendell F. Cowan, Stephen O. Phillips, and Paul S. Gregory.  I further certify that I mailed the above and foregoing Motion to Strike Pleadings with Memorandum in Support of Motion to Strike Pleadings and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

    John D. Horton
    General Delivery
    Jobstown, NJ  08041-9999
        Pro Se

        s/ Allen G. Glendenning_____
            Allen G. Glendenning, #12187